UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA                    Docket No:  1:07-mj-1886

    -against-
                                            **NOTICE OF APPEARANCE**

SAM WANG
--------------------------------------------------------

TO:   CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
     DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

    I AM APPEARING IN THIS ACTION AS  (Please check one)

    1. [ ] CJA    2. [X] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

    ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES -IFYES
       GIVE YOUR DATE OF ADMISSION:  MO December YR 1980

    I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
    CERTIFICATE OF GOOD STANDING  FROM THE  NEW YORK   STATE
    COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
    FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
       November 20, 2007

                           SIGNATURE  /S

                           Todd M. Merer   (TMM5219)
                           Attorney for Defendant

                           Firm name if any

                           41 Madison Ave., Suite 5B
                           Street address

                           New York       New York           10010
                           City              State              Zip

                           212- 683-2525
                           Telephone No.